#202219176

Name: DANNA Vongamath
Address: 1627. S. HArgrave St Banning CA 92220
Phone:
Fax: Jail House Lawyer
In Pro Per

Forma Pauperis Declaration Suport Civil (1983) Pro SE clerk

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Francisco Robles
#202249948

Plaintiff
v.

Behavioral Health Services OF San Bernardino

Defendant(s).

CASE NUMBER:

FILED
CLERK, U.S. DISTRICT COURT
FEB 24 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___EEE___ DEPUTY

(Enter document title in the space provided above)

Prison litigation Reform Act. Business and Proffessional code. Government code. Health and Saftey code. Welfare and Institutions code. Inadequate, Improper medical, Mental Health care. The California government Claim's Act. Exaustion Administrative Remedy claim & Relief. with complaint attached. (733) drug Perscribed violation. sec 4019. (2623) civil Action

Page Number 1

CV-127 (09/09)  PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Complaint:

When I was in 3rd Grade I Remember I was at Recess. Some kid and I were playing a game to see who could run to the fence and back the fastest. I told him I'm going to count your time in seconds. Like this, 1, 2, 3, ETC... I told him you go first then I'll go. So the kid ran touched the fence and came back. I gave him his time I had counted. Then it was my turn to go. I was running as fast as I could so I could beat his time. To my surprise when I got back the yard staff was yelling at me. She was saying "Why are you chasing after the tractor"? I told her I wasn't, that I was playing a racing game with the kid. She said "You are lying, I only seen you running". I tried to explain to her but she did not listen. She took me to the principles office and he said "My staff seen you running after the tractor. Again I tried to tell him that I was playing a game with some kid. I guess he didn't believe me eathier. They made a report to my parents recommending that I see the psychiatrist.

My parents took me to Kiaser in Colton. The psych did her evaluation and came to the conclusion that I needed to take Ritalin and Adderal, wich I took for 2 to 3 years. After I stopped taking it, I started using drugs and getting in trouble with the law. As of this day I'm doing time in jail and I continue to struggle with substance addiction. If it wasn't for that report that made me look crazy I probably would have never took Adderal.

I Believe Adderal Gave Me That Early Boost To Addiction. I Felt Like I Needed To Be under The Influence. Whatever That Medication Contains, I Believe Is the Reason I Became An Addict. The School Recommended I see The psych, And The psych Approved The Medication. Now I'm An Adult And I Can Speak up I Never chased No Tractor They Lied. I was Just A Kid In 3rd Grade playing with some other Kid, To See who Could Run Back And Forth To The Fence The Fastest. I'm Asking To Recieve Financial Compensation Due To Long Term Effects

statement!

Francisco Robles
# 202249948

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
*(CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)*

**Please Print Clearly** *(Favor De Escribir Claramente)*

#20224949948

☐ Blythe Jail    ☐ JBDC    ☐ RPDC    ☐ SCF    ☐ CBDC

**From** *(Departe De)*: Robles _____

Name (Last, First, Middle) *(Apellido, Nombre, Segundo Nombre)*   Booking Number *(Número de Preso)*   Date *(Fecha)*

Grievance is about *(Queja)*:
☐ Jail Procedures *(Procedimientos de la Cárcel)*   ☐ Jail Conditions *(Condiciones de la Cárcel)*
☐ Jail Staff *(Personal de la Carcel)*   ☐ Medical *(Medico)*   ☒ Mental Health *(Salud Mental)*
☐ Other *(Otra Queja)* _____

Date and time of incident *(Fecha y Hora de el Incidente)*: _____

Describe the reason for your grievance, in your own words. Please be specific. *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

San Bernardino Behavior Health Services refuses to prescribing medication that I need. No ideation until I was a psychotic till now. Could be injective relief. Nancy [illegible] [illegible] medical[?] [illegible] act

Inmate Signature: _____

Received by: _____
Employee Name and ID number   Date   Time

Recommendations / Resolution:
_____

Supervisor: _____
Supervisor Name and ID number   Date   Time

Supervisor Findings:
_____

The above incident has been discussed with me and I am aware of the findings *(El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)*

Inmate Signature at completion   Date   Reviewing Deputy   ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ *(Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derecho a apelar los resultados inciales)*

Distribution:  White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)



1627. S. HARGRAVE ST
BANNING CA. 92220
202219176 DANNA

SN BERNARDINO CA 923
22 FEB 2023 PM 7 L

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 2 4 2023
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

U Pro SE Clerk
255 E. Temple St (180)
Los Angeles, CA 90012

90012-033299

